

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00885-CV

**IN THE INTEREST OF A.S.A. AND A.S.A., MINOR CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1794-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **January 28, 2019**. However, no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court